# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0684
_____

CHARLA D. HAGAN,

Petitioner,

v.

EMILIAN BUCATARU, Bucataru
Law Firm, PLLC, a Florida
professional limited liability
company, and MARK J. PFLANZ,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

May 15, 2024

PER CURIAM.

DISMISSED. *English v. McCrary*, 348 So. 2d 293, 297–98 (Fla. 1977.).

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


David P. Healy of Dudley, Healy & Heath, PLLC, Tallahassee, for Petitioner.

No appearance for Respondents.